IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
EASTERN DIVISION

No. 4:10-CR-106-1FL

| UNITED STATES OF AMERICA, | ) | |
|---|---|---|
| | ) | |
| v. | ) | ORDER |
| | ) | |
| ANTHONY SEAN YANCEY | ) | |

This matter is before the court on the written request made by Assistant Federal Defender Ian Marcus Amelki from the Southern District of New York for a copy of the Presentence Investigation Report published on June 30, 2011 (DE 22), and Modification to Presentence Investigation Report, published on March 21, 2012 (DE 53) in the above-captioned case.

For good cause shown, the request is hereby GRANTED. The Clerk of Court is hereby directed to send a copies of the Presentence Investigation Report at Docket Entry 22 and Modification to Presentence Investigation Report at DE 53 to Assistant Federal Defender Ian Marcus Amelki via electronic mail.

SO ORDERED, this 22nd day of February, 2018.

LOUISE W. FLANAGAN
United States District Judge